Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DANIEL FOSTER,<br><br>              Plaintiff,<br><br>        v.<br><br>PODWORKS CORP.,<br><br>              Defendant. | CASE NO. 2:25-cv-00617-RAJ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having

intervened in part for the purpose of settlement in this action, and having requested that the Court lift

the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and, it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to

counsel for the Government and counsel for the Relator.

DATED this 12th day of November, 2025.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
2:25-cv-00617-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Presented by:

2    *s/ Kayla C. Stahman*

3    KAYLA C. STAHMAN, CA #228931
     Assistant United States Attorney

4    United States Attorney's Office
     700 Stewart Street, Suite 5220

5    Seattle, Washington 98101-1271
     Phone: 206-553-7970

6    Fax:    206-553-4067
     Email: kayla.stahman@usdoj.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2                                    UNITED STATES ATTORNEY
2:25-cv-00617-RAJ                       700 STEWART STREET, SUITE 5220
FILED UNDER SEAL                           SEATTLE, WASHINGTON 98101
                                                  (206) 553-7970