HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DANIEL FOSTER,<br><br>        Plaintiff,<br><br>  v.<br><br>PODWORKS CORP.,<br><br>        Defendant. | CASE NO. 2:25-cv-00617-RAJ<br><br>ORDER |

ORDER - 1

1    THIS MATTER comes before the Court on the United States' *Ex Parte* Notice of Intervention-In-Part for Purposes of Effectuating Settlement and Declination-In-Part and Application for an Unsealing of Relator's Complaint, Dkt. # 10.  The Court has considered the *ex parte* notice and application and the balance of the record.  It is hereby ORDERED that the seal shall be lifted on all matters in this action.

Dated this 13th day of November, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2